# EXHIBIT A

# Form A

Plaintiff or Filing Attorney Information:

Name **Leelyn M. Alexander**

NJ Attorney ID Number _____

Address **330 Washington Street #188, Hoboken, NJ 07030**

Telephone Number **818.450.6540**

FILED
TEAM #1
OCT 27 2015
SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON
CIVIL DIVISION #15

**Leelyn M. Alexander**,
Plaintiff,

v.

**Metropolitan Family Health Network, Jersey City Medical Center**,
Defendant(s).

Superior Court of New Jersey
Division _____ County _____
Part _____
Docket No: **L-4387-15**
(to be filled in by the court)

Civil Action

**Complaint**

RECEIVED OCT 23 2015 CUSTOMER SERVICE TEAM SUPERIOR COURT OF NEW JERSEY COUNTY OF HUDSON CIVIL DIVISION

Plaintiff, **Leelyn M. Alexander**, residing at **330 Washington Street, Hoboken, NJ 07030**, City of **Hoboken**

County of **USA / Hudson**.

State Of New Jersey, complaining of defendant, states as follows:

1. On **July 14**, 20**15**, **The Metropolitan Family Health Network**, Defendant
(name of person being sued)

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

This civil litigation arises out of Metropolitan Family Health Network & Jersey City Medical Centers donot negligence and failure to perform + a requested and vital minimal invasive surgical treatment to cure ovarian tumors prior to the Plaintiff suffering irrevocable damage to her health and livelihood.

**✱ VIOLATING (EMTLA)** SEE ADDITIONAL PAGE

The defendant in this action resides at **935 Garfield Ave Jersey City NJ 07304 & 355 Grand Street, Jersey City, NJ 07302**

In the County of **Hudson**, State of New Jersey

2. Plaintiff is entitled to relief from defendant under the above facts.

Revised 11/17/2014, CN 10553
Revised 11/01/2013, CN 11210

page 6 of 7

State of New Jersey, complaining of defendant, states as follows:

On July 14, 2015, the Metropolitan Family Health Networks, Defendants

Conduct was unethical and negligent. The Clinic aided in the withholding of a Vital Medical

Treatment which was to be performed by its affiliate hospital Jersey City Medical Center.

Dr. Sabrina Nilufar did not meet directly with Plaintiff / Patient and did not write a prescription for a vital

Surgical procedure which needed to be performed 3 years ago by her medical associate Dr. Andrew S. Novick. Instead she elected to have a hospital assistant tell the Plaintiff / Patient that she would speak directly to Radiologist Dr. Andrew S. Novick and question him as to why the surgery was not performed years prior.

She said she would get back to the Plaintiff via telephone with Dr. Andrew S. Novicks answer. She added to his negligent conduct by not meeting directly with the Plaintiff / Patient, by not writing a needed prescription for surgery, by not calling the Plaintiff back about the surgery, by not scheduling a follow up visit to discuss Dr. Andrew S. Novick reasons for not performing the procedure and by not referring the Plaintiff / Patient to another doctor and / or Hospital to cure the Plaintiff / Patients Ovarian Tumors & Ovarian Disorders.

Metropolitan Family Health Network and Jersey City Medical Center have refused and withheld this and / or any substantial medical treatment allowing the Plaintiff's ovarian tumors to continue to exist, multiply and increase to twice the size they originally were leaving the Plaintiff / Patient with chronic ill health and destitute.

## Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

1. _Loss of Health — Potential loss of Fertility, a Deformed Uterus, Physical Pain_ = 4.4 million Dollars

2. _Loss of Work — Earning Capacity, Mental Anguish_ = 1.8 million Dollars

3. _Loss of Home — Loss of Social Standing: The Plaintiff has had a significant change in social class. Falling from Middle Class to below the poverty level._ = 1.1 million Dollars

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 10 · 23 · 15      Signature: _J. alexander_

### CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 10 · 23 · 15      Signature: _J. alexander_

OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

### JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court Rules 1:8-2(b) and 4:35-1(a).

Dated: n/A      Signature: n/A

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

1. ATTORNEY / PRO SE NAME: Luelyn M. Alexander
2. TELEPHONE NUMBER: 818-450-6540
3. COUNTY OF VENUE: Hudson
4. FIRM NAME (if applicable):
5. DOCKET NUMBER (when available): L-4397-15
6. OFFICE ADDRESS: 330 Washington Street #188, Hoboken, NJ 07030
7. DOCUMENT TYPE: Complaint
8. JURY DEMAND: ☐ YES ☑ NO

9. NAME OF PARTY (e.g., John Doe, Plaintiff): Luelyn M. Alexander, Plaintiff
10. CAPTION: Luelyn M. Alexander v. Metropolitan Family Health Network / Jersey City Medical Center

11. CASE TYPE NUMBER (See reverse side for listing): 605 604
12. HURRICANE SANDY RELATED? ☐ YES ☑ NO
13. IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☑ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

14. RELATED CASES PENDING? ☐ YES ☑ NO
15. IF YES, LIST DOCKET NUMBERS

16. DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☑ NO
17. NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ☑ UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

18. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☑ NO
IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS

19. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☐ NO

20. USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

N/A

21. DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☑ YES ☐ NO
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION

22. WILL AN INTERPRETER BE NEEDED? ☐ YES ☑ NO
IF YES, FOR WHAT LANGUAGE?

23. I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

24. ATTORNEY SIGNATURE: Luelyn M. Alexander

SUMMONS

Attorney(s) _Juelyn M. Alexander_
Office Address _330 Washington Street #188_
Town, State, Zip Code _Hoboken NJ, 07030_
Telephone Number _818.450.6540_
Attorney(s) for Plaintiff _Pro se_

_Juelyn M. Alexander_

Plaintiff(s)

Vs.
_Metropolitan Family Health Networks /_
_Dr. Sabrina NILUFAR_
Defendant(s)

Superior Court of
New Jersey

_____ COUNTY
_____ DIVISION

Docket No: _L-4387-15_

CIVIL ACTION
SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

_____
Clerk of the Superior Court

DATED: _____

Name of Defendant to Be Served: _Metropolitan Family Health Networks_
Address of Defendant to Be Served: _935 Garfield Ave, Jersey City, NJ 07304_

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

```
HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY          NJ 07306
                                           TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 217-5162
COURT HOURS  8:30 AM - 4:30 PM

                    DATE:    OCTOBER 27, 2015
                    RE:      ALEXANDER VS METROPOLITAN FAMILY HEALTH NET
WORKS I
                    DOCKET:  HUD L -004367 15

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

     DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON PETER F. BARISO

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT:  (201) 795-6116.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
CE
WITH R. 4:5A-2.
                    ATTENTION:
                                   LEELYN N. ALEXANDER
                                   330 WASHINGTON STREET
                                   HOBOKEN         NJ 07030


JURIVD
```