Sam Rosenberg, Esq. - 041601986
Fred J. Hughes, Esq. - 044661996
**ROSENBERG JACOBS & HELLER, P.C.**
201 Littleton Road – Box 513
Morris Plains, New Jersey 07950-0513
(973) 206-2500
fhughes@rrjhlaw.com
Attorneys for Defendant,
Jersey City Medical Center

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEELYN M. ALEXANDER, | : Hon. Jose L. Linares |
| Plaintiff, | : |
| vs. | : Civil Action No. 2:16-cv-1864 (JLL) (JAD) |
| METROPOLITAN FAMILY HEALTH NETWORK and JERSEY CITY MEDICAL CENTER, | : **ORDER** |
| Defendants. | : |

THIS MATTER having been opened to the court on motion filed by Defendant, Jersey City Medical Center, to vacate default pursuant to Federal Rule of Civil Procedure 55(c); and the Court having considered the papers submitted and ruled on the record on Thursday, July 14, 2016, *and for the reasons as stated by this court on the record,*

IT IS on this *25th* day of *July*, 2016;

ORDERED that:

1. Defendant's motion to vacate default is GRANTED. The default entered by the state court on or about January 22, 2016, against Jersey City Medical Center is hereby vacated, pursuant to Federal Rule of Civil Procedure 55(c); and it is further ORDERED that

2. Defendant, Jersey City Medical Center, shall file its Answer to the Complaint within 14 days of the date of this Order.

_____
HONORABLE JOSE J. LINARES
United States District Judge