## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEELYN M. ALEXANDER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA i/p/a METROPOLITAN FAMILY HEALTH NETWORKS and JERSEY CITY MEDICAL CENTER,<br>Defendants. | Civil Action No.: 16-1864 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of Defendant United States of America's Motion to Vacate Default and Dismiss the Complaint without Prejudice (ECF No. 2), and Plaintiff Leelyn M. Alexander's "Motion for Extension to File Tort Claim Out-of-Time." (ECF No. 3). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 13 day of October, 2016,

**ORDERED** that Court by way of Defendant United States of America's Motion to Vacate Default and Dismiss the Complaint without Prejudice (ECF No. 2) is GRANTED; and it is further

**ORDERED** that default entered against Defendant United States of America is hereby VACATED; and it is further

**ORDERED** that Plaintiff's complaint is hereby dismissed without prejudice; and it is further

**ORDERED** that Plaintiff Leelyn M. Alexander's "Motion for Extension to File Tort Claim Out-of-Time" (ECF No. 3) is DENIED as Plaintiff has until July 14, 2017 to file same; and it is

further

**ORDERED** that the Clerk of the Court shall mark this matter closed.

**SO ORDERED.**

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE